**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 23-41767 |
| 463 Classon Ave HDFC Block 1985/Lot 05 | Chapter 11 |
| Debtor(s) | |

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

On 8/16/2023, I did cause a copy of the following document(s), described below:

Notice of Disclosure Statement Hearing

Excusivity Extension Motion

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein. Said mailing matrix was downloaded from the Eastern District of New York Bankruptcy Court's official court matrix on 8/16/2023.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/16/2023

/s/ Mark Frankel
Mark Frankel
Bar No. 8417
Backenroth Frankel & Krinsky, LLP
488 Madison Avenue
New York NY 10022-0000
(212)593-1100
mfrankel@bfklaw.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In re:  Case No. 23-41767

463 Classon Ave HDFC Block 1985/Lot 05  Chapter 11

Debtor(s)

### CERTIFICATE OF SERVICE DECLARATION OF MAILING

On 8/16/2023, I did cause a copy of the following document(s), described below:

Notice of Disclosure Statement Hearing

Excusivity Extension Motion

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/16/2023

Melissa Membrino
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602
(949) 222-1212
declaration@stretto.com

I certify that on 8/16/2023, I caused a copy of the Notice of Disclosure Statement Hearing and Excusivity Extension Motion to be served by First Class United States Mail service, with adequate postage to ensure delivery to:

EXHIBIT

| | | | | | |
|---|---|---|---|---|---|
| 463 CLASSON AVENUE HOUSING DEVELOPMENT FUND | | | 200 West 136th St 2B | Integrated Concepts | New York NY 10030-2698 |
| City of New York | | | c/o NYC Law Dep't | 100 Church Street | New York NY 10007-2668 |
| NYC Dept of Finance | | | 345 Adams Street | 10th Fl, South Side | Brooklyn NY 11201-3739 |
| NYS Dept of Taxation & Finance | | | Bankruptcy Section | P.O. Box 5300 | Albany NY 12205-0300 |
| NYS Unemployment Insurance | | | Attn: Insolvency Unit | Bldg. #12 Room 256 | Albany NY 12201 |
| 1 | | | 271-C Cadman Plaza East, Suite 1595 | | Brooklyn NY 11201-1800 |
| Approved Oil Co. | | | 6741 Fifth Ave | | Brooklyn NY 11220-5400 |
| City of New York | | | HPD | 100 Gold St | New York NY 10038-1635 |
| Consolidated Edison Company of New York Inc | | EAG Bankruptcy | 9th Floor | 4 Irving Place | New York NY 10003-3502 |
| Department of Finance | | | 210 Joralemon St | | Brooklyn NY 11201-3716 |
| ERP ( Emergency Repairs) | | | 100 Gold St | | NYC NY 10038-1605 |
| Gavriel Sakaff | | c/o Soriano, Hankel, | Bhiel & Matthews, P.C. | 75 Eisenhower Pkwy | Roseland NJ 07068-1600 |
| Housing Preservation and Development | | | 100 Gold Street | | NYC NY 10038-1605 |
| N.Y.C Law Department | | | 100 Church St. | NYC 10007-2668 | |
| New York City DOB | | | 280 Broadway | | New York NY 10007-1868 |
| Office of the United States Trustee | Eastern District of NY (Brooklyn) | Alexander Hamilton Custom House | One Bowling Green | Room 510 | New York NY 10004-1415 |
| Mark A. Frankel | | | Backenroth Frankel & Krinsky, LLP | 488 Madison Ave., 23rd Floor | New York NY 10022-5703 |